## COURT OF APPEALS.

NATHANIEL SMITH and others, Executors, &c., of JONATHAN
SMITH and others, appellants agt. THE MECHANICS' AND
TRADERS' FIRE INSURANCE COMPANY, respondents.

*June Term,* 1865.

ACTION brought on a policy of insurance.   Opinion *per*
DAVIS, J.

   Where the policy of insurance describes the property
insured as being "a two story framed building, used for
winding and coloring yarn, and for the storage of spun
yarn," it does not thereby warrant that such building is to
continue to be thus used.   Such statement in the policy is
a warrant as to the use of the premises *in presenti* only,
and is not to be deemed a continuing warranty as to the
future use of such building.

   The insurer wishing to protect himself by a continuing
warranty, as to the future use of such building, must do so
by language plainly importing such an intent.

   Where on account of the character of the use of the pro-
perty insured, special rates are required to be paid, and the
policy contains no warranty of continued use, a change of
such use, keeping within the same character of risk, calling
for the same special rates, will not avoid the policy when
the risk is not thereby increased.   In such case it is for the
jury to find the fact whether the risk has been increased
by such change.

   Evidence on the part of the insured, that the risk was
thereby greatly decreased, is competent.

   Judgment reversed, and new trial ordered.